UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-80216-CIV-COHN

CONGRESSMAN ROBERT WEXLER;
COMMISSIONER ADDIE GREENE,
COMMISSIONER BURT AARONSON
and TONY FRANSETTA,

    Plaintiffs,

v.

THERESA LEPORE, SUPERVISOR
OF ELECTIONS FOR PALM BEACH
COUNTY, FLORIDA; KAY CLEM,
SUPERVISOR OF ELECTIONS FOR
INDIAN RIVER COUNTY, FLORIDA,
AND PRESIDENT OF THE FLORIDA
ASSOCIATION OF SUPERVISORS OF
ELECTION; GLENDA E. HOOD,
SECRETARY OF STATE OF FLORIDA,

    Defendants.
_____/

**CLOSED CIVIL CASE**



## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58, and the Court's October 25, 2004 Memorandum Opinion, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants, Glenda E. Hood, Secretary of the State of Florida, Theresa Lepore, Supervisor of Elections for Palm Beach County, Florida, and Kay Clem, Supervisor of Elections for Indian River County, Florida and against Plaintiffs Congressman Robert Wexler, Commissioner Addie Greene, Commissioner Burt Aaronson, and Tony Fransetta. This



case is hereby **DISMISSED** with prejudice.  It is further

**ORDERED AND ADJUDGED** that any prending motions are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of October, 2004.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies provided to:
Jeffrey M. Liggio, Esq.
Jason Vail, Esq.
James A. Peters, Esq.
George L. Waas, Esq.
Ronald A. Labasky, Esq.
Paul C. Huck, Jr., Esq.
Norman M. Ostrau, Esq.
Robert Peck, Esq.